RECEIVED
SDNY PRO SE OFFICE
2026 JUL -1  PM 2:38

1

# LEGAL NOTICE OF REMOVAL

## FROM MUNICIPAL COURT TO FEDERAL COURT
## PURSUANT TO TITLE 18 U.S.C. § 241 & 242

### PROPER ARTICLE III JURISDICTION

**Plaintiff(s),**

Civil Court of the City of New York,
County of Bronx, Inc.

Arnow and Grace LLC

# 26 CV 5647

**ORIGINAL JURISDICTION:
"MINISTERS CONSULS
DIPLOMATS"**

Article III, Section 2;
Article VI United States
Republic Constitution
'Established Law of the
Land'

**v.**

Janelle Alexandria Aeiress Royalti El, *Ex Rel, Janelle Stein*

Natural Person, In Propria Persona

**Federal Question(s):**
Due Process

Original Jurisdiction

Bill of Right 4

Bill of Right 5

Supreme Court Rulings

Civil Court of the City of New York, County of Bronx Inc. , Janelle Alexandria Aeiress Royalti El, Ex Rel Janelle Stein,  Case #LT -338714-25/BX "Removal To Federal"

2

# I.
# PARTIES

Plaintiffs

1. Civil Court of the City of New York, County of Bronx, Inc.

2. Arnow and Grace LLC

Alleged Defendant

I, Janelle Alexandria Aeiress Royati El, Ex Rel Janelle Stein, In Propria Persona, Sui Juris; make this NOTICE OF REMOVAL of the unconstitutional Complaint–Summons/Suit/Bill of Exchange/ Suit #LT-338714-25/BX, With reasonable expectation that the Officers / Agents, and Officials, holding any position of Public Trust, or political office, under the authority of The Law of the Land, are prohibited from the use of official position(s) or office(s), to violate the Constitution for the UNITED STATES OF AMERICA; and are prohibited to commit any abuse of authority, any practice that supersedes their 'limited' jurisdictional powers; prohibited from any abridgments of the Natural, Divine, Unalienable, and Secured Rights of the People, and are prohibited from violating Due Process of Law afforded to the people, as scribed in Bill of Right IV, V, VI, VII, VIII, IX and X of the United States National Constitution, to which the Judges and Officers in every State is bound to support and to uphold. Any statutory regulation, ordinance, or laws of any

3

State, to the contrary, notwithstanding. A request for their Delegation of Judicial Authority is herein attached. **(See Exhibit C)**

**I, the Alleged Defendant/Demandant,** Janelle Alexandria Aeiress Royalti El, Ex Rel, Janelle Stein, in accord with Substantive Rights, do not waive any inalienable Rights / Rights to Due Process. Although Janelle Stein is used for certain legal purposes, however under these lawful purposes I prefer to be addressed in my free national appellation, Janelle Alexandria Aeiress Royalti El, and not as an artificial person/entity, negro, colored, or black, as scribed in the 14th amendenment —clause 2   (See enclosed, Exhibit B, self executing name correction). Please address me as Janelle Alexandria Aeiress Royalti El . Anything in contrary to that is a violation of Bill of Right # 1, and will serve as prima facie evidence of a bias which will result in including but not limited to judiciary review, grievance/complaint and/or immediate recusal. "One may be employed, do business, and enter into other contracts… under any name they choose at will." *(Lindon v. First National Bank 10 F. 894, Coppage v. Kansas 236 U.S. 1, In re McUlta 189 F. 250).* "The judicial or court method of changing one's name, is merely an affirmance and aid of the "Common law". Thus, the common law, **by superiority**, establishes 'supreme validation', and suffices to serve **Public Notice** for Declaration of a Name Correction and Change, The 'court method' of corroborating a 'name correction and change' is **not to be assumed** as being necessary, nor superior, but merely a formalized method of confirming or **acknowledging a person's right** to a name correction or change. Such a change carries the exact same legal weight as a court decreed name change as long as it is not done with fraudulent intent." *(In re McUlta 189 F. 250, Christianson v. King County 196 F. 791, United*

4

*States v. McKay 2 F.2d 257).* Also, for the record, although I am domiciled in The Bronx, I am not a *resident.*

**Alleged Defendant/ Demandant**

This Writ of Removal arises from above named Plaintiffs under Civil Court of the City of New York, County of Bronx Inc., - Ticket / Suit #LT-338714-25/BX -to wit all cases and Jurisdiction / Venue are moved to Federal Court. All Matters, Complaints, Suits, Citations /Bills of Exchange (misrepresented as lawful proceedings, etc.), must be filed with Federal Court, pursuant to Jurisdiction named hereinafter.

## II.
## JURISDICTION

Jurisdiction / Venue are hereby placed in one Supreme Court, pursuant to Article III Section 2 for The United States Republic, and the several States, reaffirmed by obligatory Official Oaths—Article VI.

According to **28 U.S. Code § 1331** – ("Original jurisdiction of all civil actions arising under the Constitution.."), as outlined, conjunctively states/reiterates **Article 3, Section 1** : The judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour...".

5

**COMES NOW** Janelle Alexandria Aeiress Royalti El , Ex Rel Janelle Stein, In Propria Persona, Sui Juris (not to be confused with Pro se), with all due respect and honors given to the Constitution for the United States Republic, North America and all Law, obligation, Authority as expressed therein.

## III.

## <u>CAUSE OFACTION</u>

I am Janelle Alexandria, and I have been domiciled at 2891 Grace Avenue since October 2019. When I first moved in, I was introduced to Mr. Wolcowitz, also known as Tuly Minster by the real estate company that found the unit for me. According to the lease, he was the landlord of the building, the point of contact for any issues or repairs needed, and he was also the sole person I paid rent to. I thought he was the owner of the property.  We had a good rapport the entire time until 2024.

In August of 2024, I was contacted by Mr. Wolcowitz. He proceeded to tell me that he was leaving the building and company. I was surprised! He said that I would be contacted by a woman named Judy who would be the point of contact moving forward. She called me a few minutes later, and asked me what my plans were moving forward. I was confused and didn't understand why she would ask me such a question. She then told me that she hadn't received rent payments from me for a couple of years. I was shocked because I had been paying Mr. Wolcowitz the entire time.

Apparently, the rent I had been paying him was never reported, and the amount that was recorded was grossly inaccurate. This was the beginning of a series of phone calls and

6

discussions between myself and Joyland Management in an attempt to clarify and resolve the confusion regarding my rent payments. However, before we could settle the situation, the building was sold. I later found out that Judy's last name was also Wolcowitz with the alias Judy Minster. It seems they are related.

In April, I received an email indicating that the building had been sold and that rent payments should be made through Zelle or by mail. Subsequently, I did not receive any documents, communications, or official correspondence from the new management concerning repairs, my lease, rent ledgers or statements, late notices, or any information regarding my unit going forward.

I made an effort to contact them by calling the number provided in the email, as I wished to discuss the methods of rent payment for the future. The woman who answered the phone informed me that she does not handle rent matters and provided me with the contact number of another woman who she stated was responsible for it. When I called that number, I did not receive an answer, so I left a message. I never received a return call.

Considering the experience I had paying Mr. Wolcowitz via CashApp where I did not receive appropriate written documentation, statements, or ledgers, I sought to make my rent payments though a legitimate rent payment management system, to ensure my payments would be properly recorded going forward.

Additionally, I attempted to reach the management company regarding outstanding repairs and habitability issues that I have been experiencing that carried over from Mr. Wolcowitz and the previous management/owners. Unfortunately, there was no response regarding the repairs or any efforts to address them.

Throughout the following months, there was a significant lack of communication from the landlord, who neglected to address the habitability of my home, including sewage leaking into

7

my living room and a stove that has not been functioning for over 6 months. The receptionist only contacted me to arrange for someone to fix the boiler and water heater for the other units in the building, which are located in the boiler room that is part of my unit. They require access to my home to resolve heating issues for the rest of the building, yet they continued to neglect my unit and ignore me.

The first attempt to contact me regarding my unit and rent was in October of 2025. I received a 14 day notice from their attorney demanding $34,000 by November 7th, or I would be taken to court for eviction proceedings. They were trying to collect the money that I paid to Mr. Wolcowitz, the same money that he obviously failed to document.

I responded to the attorney via email and mail prior to November 7th, 2025 as specified in the fourteen day notice disputing the $34,000, requesting him to provide documentation that gives him the authority to demand and collect money from me, along with an accurate ledger from October of 2019. I also sent a copy of this to the property management at their official mailing address and via email.

I continued to send emails and made phone calls to the landlord/property managers in an effort to open the line of communication, so we could discuss rent payments moving forward via a rent management system, a copy of the ledger, a new lease, necessary repairs, and establish a friendly, cordial landlord/tenant relationship.

I still did not receive any response. A few weeks later, I received court documents from "Arnow and Grace" regarding eviction proceedings for non-payment. I made numerous attempts to clarify, rectify, resolve any and all issues, questions, etc. that the landlord may have. Those attempts to communicate were consistently disregarded.

After repeatedly calling the office in November, I was finally allowed to speak with Sonu Batra who claimed to be the landlord. Upon our initial interaction, he was notably rude and

8

unapproachable. I reiterated the points I had previously mentioned in my letter. He then informed me to obtain a new lease, I would need to visit his office with $10,000 in cash, which he would exchange for a lease. When I requested that he provide this information in writing, or offer an itemized statement, he declined and insisted on not documenting anything, demanding only cash. Consequently, we concluded the call without reaching a resolution.

One week later I spoke with someone named Hasaan Faour who identified himself as the new building manager. I told him about my discussion with Sonu and expressed my need for a new lease. He stated that I would need to go to the office in Long Island with cash to obtain it. When I asked him why I couldn't receive it via email, he explained that it was due to a risk of it "getting into the wrong hands".

On February 16th, I received a call from Sonu Batra. He said he "wants to avoid going to court and would like to work things out." However, the conversation was similar to the previous conversation we had. He stated that I should disregard the $34,000 demand as per the court case, and pay him $16,000 in exchange for a lease. The conversation quickly turned sour when I requested for him to put these statements in writing on company letterhead and to provide a ledger. He wanted to know "why I need this documentation and what am I intending to do with it?" Given my experience with the previous landlord and his background as a property owner/ manager/landlord, he should understand the necessity of documentation. I was in the middle of a medical appointment, so I told him I would return his call later. When I attempted to call him the next day to continue our discussion, he did not answer. However, he quickly followed up with a text stating that he would proceed with the court case.

On March 5th and 6th, I again requested a ledger from Hasaan Faour and Sonu via text. Sonu did not respond, but Hassan did reply, stating he would send it in 30 minutes, which he failed to do. The following day, I called him, and he mentioned that he had instructed his colleagues and

the receptionist to send it. He assured me he would follow up and advised me to check my email. Yet, I still have not received it.

**When I looked up the building owners**, I found Rajan Batra and Arnow and Grace LLC listed, but Sonu Batra is not included on the property records. Furthermore, public records show that the property was last sold in 2019, with no indication of a sale in 2025. However, the new owners allegedly acquired the property in April 2025. Additionally, Arnow and Grace LLC was listed on the deed back in the 2019 sale. Therefore, I am extremely confused about who the actual owners or building managers are and to whom I should lawfully pay rent.

**With the building having 31 open violations**, the refusal for the owners/managers to put anything in writing, the Sonu Batra person not being listed as an owner/landlord while demanding that I pay him thousands of dollars in lump sum cash **without documentation**; nor appearing on any of the building documents, the lack of communication, and several outstanding habitability issues along with everything else; there are serious red flags that need to be addressed. There seems to be deceitful motives amongst the owners, managers, landlords, and affiliates. It appears they are proceeding in this manner to intentionally sabotage my ability to stay in my home by orchestrating a problematic situation and allowing it to progress to a point beyond repair.

## IV.
## CONCLUSION

The above matter raises concerns of deprivation of rights including but not limited to **Bill of Right 4 and Bill of Right 5**, to unlawfully and conjunctively cease my property without due process. The above outlines issues stemming from the violations of **Bill of Right 4 and Bill of**

10

**Right 5** which leads to the filing of **Title 18 USC 241 & 242**.

**Plaintiff, ARNOW and GRACE LLC, Civil Court of New York County of Bronx Inc.,** is with 'want of jurisdiction', by knowingly and willingly ignoring the rights of the people in conspiring under Color-of-Authority with the Bronx County Civil Court Inc., Arnow and Grace LLC, Sonu Batra, Hassan Faour, Rajan Batra, Edelman (Zev) Schwartz PLLC, unidentified agents and assigned of said entities.

Plaintiffs and entities are in concert with each other whether they are aware of each other's part or not. The Bronx County Court and entities are committing malicious prosecution, abuse and misuse of process by demanding finance in exchange for a contract, a contract that ought to be in place for reciprocal and mutual obligation.

These entities are further exhibiting misuse of process by utilizing the Bronx County Court who is upholding and enforcing a matter that is defective on its face, and are posed to unlawfully and conjunctively cease my property without due process contrary to Bill of Right 4 and Bill of Right #5. The actions taken by Arnow and Grace LLC, Sonu Batra, Hassan Faour, Rajan Batra, Edelman (Zev) Schwartz PLLC and all other subsequent and adhered parties, seen and unseen, known and unknown are in direct violation of the Laws of this Land as follows:

1. **"The right of the people to be secure in their persons**, houses, papers, and effects, **against unreasonable searches and seizures, shall not be violated**, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." (Bill of Right 4).

11

2. **Title 18 USC 241:** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; **or**

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

3. **USC Title 18: 242:** Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include

the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

4. Lack of federal Jurisdiction cannot be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969)**

5. "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I,R., 323 US 310,313**

6. "Where Rights secured by the Constitution are involved, there can be no rule- making or legislation which would abrogate them." **Miranda v. Arizona 384 US 436, 125**

7. The Constitution of these United States is the Supreme Law of the Land. Any law repugnant to the Constitution, is null and void of law." -- **Marbury v. Madison 5 US 137**

8. "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." **Norton v. Shelby County, 118 U.S. 425**

13

## V.
## RELIEF

1.  All UNCONSTITUTIONAL Citations – Summons /  Suit /(misrepresented) Bill of Exchange resulting in and from Case Number LT-338714-25/BX  , and any other 'Order' or 'Action' associated (or covertly, conjunctively, subtlety disassociated) with it/ them, be dismissed and expunged for the record on its face and merits with Prejudice. This is to also include, disqualify and prohibit any other future filings or relative filings based on the same merits outlined herein, as the plaintiffs have and continue to fail to state a claim in which relief can be granted.

I, certify that all Statements made within this document "WRIT OF REMOVAL, were made with the best of my knowledge and recollection, no false statements are intended.

**Respectfully Submitted**

Day 30th, June 2026 ccy 1446 mcy

I Am: _Janelle Alexandria Aeiress_

**Janelle Alexandria Aeiress Royalti El,** All Rights Reserved, *Royalti El*
Natural Person, In Propria Persona
**c/o** 2891 Grace Avenue. Ground Floor, Mailbox 5,
Bronx, New York Republic [10469]

**Exhibits: (8)**

A—Summons/ Suit

B— Self Executing "Name" Correction

C —Writ in the Nature of Discovery

D - Affidavit In Support of Substantive Article III Jurisdiction:
   Without Unconstitutional Statute of Limitations

E —Emails sent to "Property Managers"

F—Proof of Mailing/s – Return Receipt

G — Voice Recordings of Rent Statement Requests

H – Documentation of Open Violations

I – Breach of Habitability Documentation

## CERTIFICATIONS

I, Janelle Alexandria Aeiress Royalti El, certify that a true and correct copy of **WRIT OF REMOVAL,** filed in the Federal District Court at New York, has been sent to Bronx Civil Court, Inc.

I, Janelle Alexandria Aeiress Royalti El, certify that a true and correct copy of **WRIT OF REMOVAL,** filed in the Federal District Court at New York, has been sent to Arnow & Grace LLC

I, Janelle Alexandria Aeiress Royalti El, certify that a true and correct copy of **WRIT OF REMOVAL,** filed in the Federal District Court at New York, has been sent to Edelman (Zev) Schwartz PLLC

Case 1:25-cv-05642-PAE-VF   Document 4   Filed 07/01/25   Page 15 of 48

*EXHIBIT A*

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF BRONX  HOUSING PART

ARNOW & GRACE LLC

*Petitioner (Landlord),*

against

JANELLE STEIN

*Respondent (Tenant)*

Address:

2891 GRACE AVENUE
APT. GROUND
BRONX , NY 10469

JOHN DOE
JANE DOE

*Respondents (Undertenants)*
Address:

2891 GRACE AVENUE
APT. GROUND
BRONX , NY 10469

*First Name of Tenant and/or Undertenant being fictitious and unknown to petitioner.*
*Person intended being in possession of the premises herein described.*

---

Index No. L/T

**IMPORTANT TO TENANT**
If you are dependent upon a person in the military service of the United States or the State of New York, advise the Clerk immediately, in order to protect your rights.

| |
|---|
| **NOTICE OF PETITION** |
| **NON-PAYMENT DWELLING** |

Petitioner's Business Address:
2891 GRACE AVENUE
BRONX , NY 10469

---

**Your landlord is suing you for nonpayment of rent.**

1.  Your landlord has started an eviction nonpayment case against you for rent the landlord claims you owe. The landlord's reasons are given in the attached Petition.

2.  Your landlord is asking this Court for:
    *   a money judgment for $34,125.00, and
    *   permission to evict you from your home if you do not pay the money judgment.

3.  You have a right to a trial. But first you must answer the Petition by going to the landlord-tenant Clerk's office at:

    1118 Grand Concourse, GROUND FLOOR, Bronx, NY 10456.
    You must do this within **10 days** after the date these papers were given to you or a person who lives or works in your home, or were posted at your home at:

    > All Rooms, Apt. GROUND located at 2891 Grace Avenue, Bronx,  NY 10469, County of Bronx, City and State of New York.

**Warning!**   If you don't answer the Petition within 10 days, a judgment may be entered against you. If that happens, the landlord will have the right to evict you.

4. Your Answer should say the legal reasons that you don't owe all or part of the rent. The legal reasons are called defenses. You can also say any claims you have against the landlord. You will have to prove your defenses and claims in court. To answer the Petition, you must either:
    *   Go to the landlord-tenant Clerk's office and tell the Clerk your Answer, or
    *   Give the landlord-tenant Clerk your Answer in writing (Form No. Civ-LT-91a).

Information to help you answer the Petition (Form No. Civ-LT-92) is available at the landlord-tenant's Clerk's Office or online at nycourts.gov/housingnyc.

**Important!** If you don't tell the Clerk about a defense in your Answer you might not be able to talk about it later in this case or any other case.

5.  When you answer the Petition, you will get a date to come back to Court 3 to 8 days later. You have a right to postpone that date for 14 days but you have to come to the courthouse to ask for a postponement. If you pay all the rent due before your court date, the case will be dismissed.

6.  If your name is not in this Notice, but you live in the home listed above, you have a right to come to Court and answer the Petition.

SONU -2891-GROUND      FILE NO:  30553

~Joyin Fry~ - Chief Clerk, 12/2/2025 9:58 AM   BRONX CIVIL COURT - L&T

1 of 2

7. Available Resources:
- **Legal Help:** Under New York City law, you may be able to get a free lawyer to represent you in this case. Call 718-557-1379 or go to nycourts.gov/nyc-freelawyer for information about getting free legal help. If you have money to hire a lawyer, you can contact the New York City Bar Legal Referral Service at 212-626-7373.
- **Language Help:** If you don't speak English well or are deaf or hard of hearing, you have a right to a free interpreter. Tell the Court Clerk you need an interpreter or call 646-386-5670. To read a translation of this Notice in another language visit: nycourts.gov/housingnyc. For information on evictions:

> 646-386-5750: Informations concernant les expulsions • বেদখলের তথ্য • 迫迁相关信息
>
> 迫遷相關資訊 • Информация о выселении • معلومات بشأن حالات الطرد
>
> بے دخلیوں کی معلومات • Enfòmasyon Konsènan Degèpisman • Información sobre desalojos

- **ADA Help:** If you need special accommodations to use the court because of a disability, call 646 386-5300 or 711 (TTY) or tell a Court Clerk.
- **Financial Help:** If you owe the rent and don't have the money, contact HRA's Infoline at (718) 557-1399 for more information about getting help to pay the rent.
- **Help at the Courthouse:** There is a Help Center in the courthouse where you can speak to a Court Attorney or a Volunteer Lawyer.
- **Online Help:** Visit the Housing Court's website at: nycourts.gov/housingnyc (also available in Spanish and Chinese) or visit LawHelpNY at lawhelpny.org.

> **Postponements and Rent Deposits.** In court, you can ask to postpone your case. You have a right to postpone the case for at least 14 days. If your case is not finished in 60 days or you ask to postpone the case again, the court can order you to deposit money in court or make a rent payment to the landlord. If you don't do this, your case may go to trial right away. RPAPL Sec. 745.
>
> **After Judgment.** If the court orders a judgment against you after a trial, the court may give you time to pay the judgment and not be evicted. After that time is up, you will get a Notice of Eviction from a Marshal giving you at least 14 days to pay all the rent due or move. If you don't pay or move, you will be evicted by the Marshal. RPAPL Sec. 749(2).

City of New York, County of Bronx
Dated: December 2, 2025

Clerk of the Civil Court of the City of New York: ALIA RAZZAQ
                                   Clerk of the Civil Court

Petitioner or Attorney for Petitioner:  Edelman Schwartz PLLC
Address:  848 McDonald Ave, 2nd Floor
  Brooklyn, NY 11218
Telephone No.  (212) 710-0264

SONU -2891-GROUND    FILE NO: 30553

Case 1:25-cv-05847-PAE-VF    Document 1    Filed 07/01/25    Page 17 of 48

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF BRONX  HOUSING PART _____          Index No. L/T

ARNOW & GRACE LLC

       against                              *Petitioner (Landlord),*

JANELLE STEIN
                                                 *Respondent (Tenant)*          **PETITION**

                                                                                **NON-PAYMENT DWELLING**

                                                   Address:

2891 GRACE AVENUE
APT. GROUND
BRONX , NY 10469

JOHN DOE
JANE DOE                               *Respondents (Undertenants)*
                                        Address:

2891 GRACE AVENUE
APT. GROUND
BRONX , NY 10469
*First Name of Tenant and/or Undertenant being fictitious and unknown to petitioner.*
*Person intended being in possession of the premises herein described.* _____

THE PETITION OF ARNOW & GRACE LLC,  alleges, upon information and belief:

1. Petitioner(s) is(are) the landlord(s) and owner of the premises.

2. Respondent(s) JANELLE STEIN,  is(are) tenant(s) in possession of said premises pursuant to a(n) WRITTEN lease agreement  wherein respondents promised to pay to landlord or landlord(s) predecessor as rent $1,400.00 each month in advance on the 1ST day of each month. Respondent(s) JOHN DOE, JANE DOE is(are) the undertenant(s) of the aforesaid respondent(s) tenant(s).

3. Respondent(s) are now in possession of said premises.

4. The premises are the residence of the tenant(s) and the undertenant(s) herein.

5. The premises for which removal is sought was rented for dwelling purposes and are described as follows: All Rooms, Apt. GROUND in the building known as  2891 Grace Avenue Bronx, NY 10469, situated within the territorial jurisdiction of the Civil Court Of The City Of New York, County of BRONX.

6. Pursuant to said agreement there was due from respondent tenant(s), the sum of  $34,125.00 in rent and additional rent as follows:


    **RENT:**              $34,125.00

    ** *SEE RIDER ATTACHED* **


**7. THE APARTMENT IS NOT SUBJECT TO THE NEW YORK CITY EMERGENCY HOUSING RENT LAW (RENT CONTROL) OR THE RENT STABILIZATION LAW OF 1969, AS AMENDED, BECAUSE THE BUILDING IN WHICH THE PREMISES IS IN HAS LESS THAN 6 UNITS AND BECAME VACANT AFTER JUNE 30,1971.**

SONU -2891-GROUND        FILE NO:  30553

8. Said rent has been demanded from the tenants since same became due by a fourteen day written-notice, a copy of which, with proof of service is annexed hereto.

9. Respondent(s) have defaulted in the payment thereof and continue in possession of premises without permission after said default.

10. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

      **Agent:** Yoel Peyamipour
             30 VESSET STREET, NEW YORK, NY 10007

      **Multiple Dwelling No. 710627**

WHEREFORE Petitioner requests a final judgment against respondents(s) for the rent demanded therein, awarding possession of the premises to the petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises together with the costs and disbursements of this proceeding.

ARNOW & GRACE LLC,                                                                      Dated December 2, 2025

STATE OF NEW YORK, COUNTY OF KINGS

The Undersigned affirms under penalty of perjury that he is one of the attorneys for the petitioner, that he has read the foregoing petition and knows the contents thereof: that the same are true to his own knowledge except as to matters stated to be upon information and belief: and as to those matters he believes them to be true.

The grounds of his belief as to matters not stated upon his knowledge are statements and/or records provided by the petitioner, its agents and/or employees and contained in the file in the Attorney's office. Petitioner is not in the County in which Attorney's office is located. This verification is made

This verification is made pursuant to the provisions of RPAPL 741.

December 2, 2025

_____
Zev Schwartz, Esq

Edelman Schwartz PLLC
Attorneys for Petitioner-Landlord
848 McDonald Ave, 2nd Floor
Brooklyn, NY 11218
(212) 710-0264

SONU -2891-GROUND      FILE NO: 30553

Case 1:26-cv-05647-PAE-VF Document 1 Filed 07/01/26 Page 19 of 48

## FOURTEEN (14) DAY NOTICE TO TENANT

TO: JANELLE STEIN
2891 GRACE AVENUE
APT. GROUND
BRONX, NY 10469

SONU 2891 GROUND
FILE NO: 30553

October 16, 2025

**Tenant of the above named premises:**

   TAKE NOTICE that you are justly indebted to the Landlord of the above described premises in the sum of $31,325.00 for rent of the premises from December 1, 2023 to October 31, 2025 which you are required to pay on or before 11/ 7/2025, a date following expiration of fourteen (14) days from the service of this Notice or surrender up the possession of said premises to the Landlord, in default of which the Landlord will commence summary proceedings under the Statute to recover the possession thereof.

   More specifically, this notice is based upon your failure to make timely rental payments to your landlord as follows:

| | | | |
|---|---|---|---|
| OCT25 | $1,400.00 | OCT24 | $1,400.00 |
| SEP25 | $1,400.00 | SEP24 | $1,400.00 |
| AUG25 | $1,400.00 | AUG24 | $1,400.00 |
| JUL25 | $1,400.00 | JUL24 | $1,400.00 |
| JUN25 | $1,400.00 | JUN24 | $1,400.00 |
| MAY25 | $1,400.00 | MAY24 | $1,400.00 |
| APR25 | $1,400.00 | APR24 | $1,400.00 |
| MAR25 | $1,400.00 | MAR24 | $1,400.00 |
| FEB25 | $1,400.00 | FEB24 | $1,400.00 |
| JAN25 | $1,400.00 | JAN24 | $1,400.00 |
| DEC24 | $1,400.00 | DEC23 | $525.00 |
| NOV24 | $1,400.00 | | |

Total balance due: $31,325.00

ARNOW & GRACE LLC , Landlord

   Under the provisions of the Fair Debt Collection Practices Act (FDCPA) the Edelman Schwartz PLLC may be considered Debt Collectors in the attempt to collect rent. Therefore, any information obtained by us from you or about you may be used for that purpose.

   This demand for payment does not eliminate your right to dispute the debt within thirty (30) days of receipt of this notice.

   Unless you dispute the validity of the debt or any portion thereof within thirty (30) days following receipt of this notice, this office will assume that the debt sought to be collected is valid.

   If you notify this office, in writing, within thirty (30) days of receipt of this notice, that the debt or any portion thereof is disputed, this office will obtain verification of the debt and or a copy of the judgment against you and a copy of such verification or judgment will be mailed to you by this office. Additionally, upon your written request, within thirty (30) days of receipt of this notice, this office will supply you with the name and address of the original creditor if different from the current creditor.

   Please take notice that under New York State Law, your landlord is permitted following the expiration date of 11/ 7/2025, to commence summary proceedings under Article 7 of the Real property Actions and Proceedings Law. Thus, notwithstanding our indication that you have thirty days from receipt of this notice, to dispute the validity of the debt, if the money demanded herein is not paid by the above date, summary proceedings will be commence. If, however, this office receives a request for verification at any time during the thirty day period, this office will mail you verification of the debt.

   **FEDERAL LAW REQUIRES US TO ADVISE THAT THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Any inquiries regarding this notice should be addressed in writing to Edelman Schwartz PLLC, 848 McDonald Ave, Second Floor, Brooklyn, NY 11218.

## NOTICE TO TENANT OF APPLICABILITY OR INAPPLICABILITY OF THE NEW YORK STATE GOOD CAUSE EVICTION LAW

This notice from your landlord serves to inform you of whether or not your unit/apartment/home is covered by the New York State Good Cause Eviction Law (Article 6-A of the Real Property Law) and, if applicable, the reason permitted under the New York State Good Cause Eviction Law that your landlord is not renewing your lease. Even if your apartment is not protected by Article 6-A, known as the New York State Good Cause Eviction Law, you may have other rights under other local, state, or federal laws and regulations concerning rents and evictions. This notice, which your landlord is required to fill out and give to you, does not constitute legal advice. You may wish to consult a lawyer if you have any questions about your rights under the New York State Good Cause Eviction Law or about this notice.

**NOTICE**   (THIS SHOULD BE FILLED OUT BY YOUR LANDLORD)

**UNIT INFORMATION**

STREET:   2891 GRACE AVENUE

UNIT OR APARTMENT NUMBER: GROUND

CITY/TOWN/VILLAGE:  BRONX

STATE:    NEW YORK

ZIP CODE: 10469

**1. IS THIS UNIT SUBJECT TO ARTICLE 6-A OF THE REAL PROPERTY LAW, KNOWN AS THE NEW YORK STATE GOOD CAUSE EVICTION LAW? (PLEASE MARK APPLICABLE ANSWER)**

> YES _X_
>
> NO ____

**2. IF THE UNIT IS EXEMPT FROM ARTICLE 6-A OF THE REAL PROPERTY LAW, KNOWN AS THE NEW YORK STATE GOOD CAUSE EVICTION LAW, WHY IS IT EXEMPT FROM THAT LAW? (PLEASE MARK ALL APPLICABLE EXEMPTIONS)**

> A. Village/Town/City outside of New York City has not adopted good cause eviction under section 13 of the Real Property Law _____;
>
> B. Unit is owned by a "small landlord," as defined in subdivision 3 of section 211 of the Real Property Law, who owns no more than 10 units for small landlords located in New York City or the number of units established as the maximum amount a "small landlord" can own in the state by a local law of a village, town, or city, other than New York City, adopting the provisions of Article 6-A of the Real Property Law, known as the New York State Good Cause Eviction Law, or no more than 10 units, as applicable. In connection with any eviction proceeding in which the landlord claims an exemption from the provisions of Article 6-A of the Real Property Law, known as the New York State Good Cause Eviction Law, on the basis of being a small landlord, the landlord shall provide to the tenant or tenants subject to the proceeding: the name

Page 1 of 6          SONU - 2891 - GROUND          FILE NO: 30553

of each natural person who owns or is a beneficial owner of, directly or indirectly, in whole or in part, the housing accommodation at issue in the proceeding, the number of units owned, jointly or separately, by each such natural person owner, and the addresses of any such units, excluding each natural person owner's principal residence. If the landlord is an entity, organized under the laws of this state or of any other jurisdiction, then such landlord shall provide to the tenant or tenants subject to the proceeding: the name of each natural person with a direct or indirect ownership interest in such entity or any affiliated entity the number of units owned, jointly or separately, by each such natural person owner, and the addresses of any such units, excluding each natural person owner's principal residence (exemption under subdivision 1 of section 214 of the Real Property Law) _____;

C. Unit is located in an owner-occupied housing accommodation with no more than 10 units (exemption under subdivision 2 of section 214 of the Real Property Law) _____;

D. Unit is subject to regulation of rents or evictions pursuant to local, state, or federal law (exemption under subdivision 5 of section 214 of the Real Property Law) _____;

E. Unit must be affordable to tenants at a specific income level pursuant to statute, regulation, restrictive declaration, or pursuant to a regulatory agreement with a local, state, or federal government entity (exemption under subdivision 6 of section 214 of the Real Property Law) _____;

F. Unit is on or within a housing accommodation owned as a condominium or cooperative, or unit is on or within a housing accommodation subject to an offering plan submitted to the office of the attorney general (exemption under subdivision 7 of section 214 of the Real Property Law) _____;

G. Unit is in a housing accommodation that was issued a temporary or permanent certificate of occupancy within the past 30 years (only if building received the certificate on or after January 1st, 2009)(exemption under subdivision 8 of section 214 of the Real Property Law) _____;

H. Unit is a seasonal use dwelling unit under subdivisions 4 and 5 of section 7-108 of the General Obligations Law (exemption under subdivision 9 of section 214 of the Real Property Law) _____;

I. Unit is in a Hospital as defined in subdivision 1 of section 2801 of the Public Health Law, continuing care retirement community licensed pursuant to Article 46 or 46-A of the Public Health Law, assisted living residence licensed pursuant to Article 46-B of the Public Health Law, adult care facility licensed pursuant to Article 7 of the Social 44 Services Law, senior plan to the attorney general, or not-for-profit independent retirement community that offers personal emergency response, housekeeping, transportation and meals to their residents (exemption under subdivision 10 of section 214 of the Real Property Law) _____;

J. Unit is a manufactured home located on or in a manufactured home park as defined in section 233 of the Real Property Law (exemption under subdivision 11 of section 214 of the Real Property Law) _____;

K. Unit is a hotel room or other transient use covered by the definition of a class B multiple dwelling under subdivision 9 of section 4 of the Multiple Dwelling Law (exemption under subdivision 12 of section 214 of the Real Property Law) _____;

Page 2 of 6     SONU - 2891 - GROUND     FILE NO: 30553

L.  Unit is a dormitory owned and operated by an institution of higher education or a school (exemption under subdivision 13 of section 214 of the Real Property Law) _____;

M.  Unit is within and for use by a religious facility or institution (exemption under subdivision 14 of section 214 of the Real Property Law) _____;

N.  Unit has a monthly rent that is greater than the percent of fair market rent established in a local law of a village, town, or city, other than New York City, adopting the provisions of Article 6-A of the Real Property Law, known as the New York Good Cause Eviction Law, or 245 percent of the fair market rent, as applicable. Fair market rent refers to the figure published by the United States Department of Housing and Urban Development, for the county in which the housing accommodation is located, as shall be published by the Division of Housing and Community Renewal no later than August 1st in any given year. The Division of Housing and Community Renewal shall publish the fair market rent and 245 percent of the fair market rent for each unit type for which such fair market rent is published by the United States Department of Housing and Urban Development for each county in New York State in the annual publication required pursuant to subdivision 7 of section 211 f the Real Property Law (exemption under subdivision 15 of section 214 of the Real Property Law) _____;

**3. IF THIS UNIT IS SUBJECT TO ARTICLE 6-A OF THE REAL PROPERTY LAW, KNOWN AS THE NEW YORK STATE GOOD CAUSE EVICTION LAW, AND THIS NOTICE SERVES TO INFORM A TENANT THAT THE LANDLORD IS INCREASING THE RENT ABOVE THE THRESHOLD FOR PRESUMPTIVELY UNREASONABLE RENT INCREASES, WHAT IS THE LANDLORD'S JUSTIFICATION FOR INCREASING THE RENT ABOVE THE THRESHOLD FOR PRESUMPTIVELY UNREASONABLE RENT INCREASES?**

(A rent increase is presumptively unreasonable if the increase from the prior rent is greater than the lower of: (a) 5 percent plus the annual percentage change in the consumer price index for all urban consumers for all items as published by the United States Bureau of Labor Statistics for the region in which the housing accommodation is located, as published not later than August 1st of each year by the Division of Housing and Community Renewal; or (b) 10 percent.)

**(PLEASE MARK AND FILL OUT THE APPLICABLE RESPONSE)**

A.  The rent is not being increased above the threshold for presumptively unreasonable rent increases described above: _____;

B.  The rent is being increased above the threshold for presumptively unreasonable rent increases described above: _____;

B-1.  If the rent is being increased above the threshold for presumptively unreasonable rent increases described above, what is the justification for the increase: _____

_____

_____

_____

_____

_____

Page 3 of 6          SONU - 2891 - GROUND          FILE NO: 30553

**4. IF THIS UNIT IS SUBJECT TO ARTICLE 6-A OF THE REAL PROPERTY LAW, KNOWN AS THE NEW YORK STATE GOOD CAUSE EVICTION LAW, AND THIS NOTICE SERVES TO INFORM A TENANT THAT THE LANDLORD IS NOT RENEWING A LEASE, WHAT IS THE GOOD CAUSE FOR NOT RENEWING THE LEASE?**

(PLEASE MARK ALL APPLICABLE REASONS)

A. This unit is exempt from Article 6-A of the Real Property Law, known as the New York State Good Cause Eviction Law, for the reasons stated in response to question 2, above (IF THIS ANSWER IS CHECKED, NO OTHER ANSWERS TO THIS QUESTION SHOULD BE CHECKED): _____ ;

B. The tenant is receiving this notice in connection with a first lease or a renewal lease, so the landlord does not need to check any of the lawful reasons listed below for not renewing a lease under Article 6-A of the Real Property Law, known as the New York State Good Cause Eviction Law (IF THIS ANSWER IS CHECKED, NO OTHER ANSWERS TO THIS QUESTION SHOULD BE CHECKED) _____ ;

C. The landlord is not renewing the lease because the unit is sublet and the sublessor seeks in good faith to recover possession of the unit for their own personal use and occupancy (exemption under subdivision 3 of section 214 of the Real Property Law): _____ ;

D. The landlord is not renewing the lease because the possession, use or occupancy of the unit is solely incident to employment and the employment is being or has been lawfully terminated (exemption under subdivision 4 of section 214 of the Real Property Law): _____ ;

E. The landlord is not renewing the lease because the tenant has failed to pay rent due and owing, and the rent due or owing, or any part thereof, did not result from a rent increase which is unreasonable. A rent increase is presumptively unreasonable if the increase from the prior rent is greater than the lower of: (a) 5 percent plus the annual percentage change in the consumer price index for all urban consumers for all items as published by the United States Bureau of Labor Statistics for the region in which the housing accommodation is located, as published not later than August 1st of each year by the Division of Housing and Community Renewal; or (b) 10 percent (good cause for eviction under paragraph a of subdivision 1 of section 216 of the Real Property Law): _____

F. The landlord is not renewing the lease because the tenant is violating a substantial obligation of their tenancy or breaching any of the landlord's rules and regulations governing the premises other than the obligation to surrender possession of the premises, and the tenant has failed to cure the violation after written notice that the violation must cease within 10 days of receipt of the written notice. For this good cause to apply, the obligation the tenant violated cannot be an obligation that was imposed for the purpose of circumventing the intent of Article 6-A of the Real Property Law, known as the New York State Good Cause Eviction Law. The landlord's rules or regulations that the tenant has violated also must be reasonable and have been accepted in writing by the tenant or made a part of the lease at the beginning of the lease term (good cause for eviction under paragraph b of subdivision 1 of section 216 of the Real Property Law): _____ ;

G. The landlord is not renewing the lease because the tenant is either (a) committing or permitting a nuisance on the unit or the premises; (b) maliciously or grossly negligently causing substantial damage to the unit or the premises; (c) interfering with the landlord's, another tenant's, or occupants of the same or an adjacent building or structure's comfort and safety (good cause for eviction under paragraph c of subdivision1 of section 216 of the Real Property Law): _____;

H. The landlord is not renewing the lease because the tenant's occupancy of the unit violates law, and the landlord is subject to civil or criminal penalties for continuing to let the tenant occupy he unit. For this good cause to apply, a state or municipal agency having jurisdiction must have issued an order requiring the tenant to vacate the unit. No tenant shall be removed from possession of a unit on this basis unless the court finds that the cure of the violation of law requires the removal of the tenant and that the landlord did not, through neglect or deliberate action or failure to act, create the condition necessitating the vacate order. If the landlord does not try to cure the conditions causing the violation of the law, the tenant has the right to pay or secure payment, in a manner satisfactory to the court, to cure the violation. Any tenant expenditures to cure the violation shall be applied against rent owed to the landlord. Even if removal of a tenant is absolutely essential to the tenant's health and safety, the tenant shall be entitled to resume possession at such time as the dangerous conditions have been removed. The tenant also retains the right to bring an action for monetary damages against the landlord or to otherwise compel the landlord to comply with all applicable state or municipal housing codes (good cause for eviction under paragraph d of subdivision 1 of section 216 of the Real Property Law): _____;

I. The landlord is not renewing the lease because the tenant is using or permitting the unit or premises to be used for an illegal purpose (good cause for eviction under paragraph e of subdivision 1 of section 216 of the Real Property Law): _____;

J. The landlord is not renewing the lease because the tenant has unreasonably refused the landlord access to the unit for the purposes of making necessary repairs or improvements required by law or for the purposes of showing the premises to a prospective purchaser, mortgagee, or other person with a legitimate interest in the premises (good cause for eviction under paragraph f of subdivision 1 of section 216 of the Real Property Law): _____;

K. The landlord is not renewing the lease because the landlord seeks in good faith to recover possession of the unit for the landlord's personal use and occupancy as the landlord's principal residence, or for the personal use and occupancy as a principal residence by the landlord's spouse, domestic partner, child, stepchild, parent, step-parent, sibling, grandparent, grandchild, parent-in-law, or sibling-in-law. The landlord can only recover the unit for these purposes if there is no other suitable housing accommodation in the building that is available. Under no circumstances can the landlord recover the unit for these purposes if the tenant is: (a) 65 years old or older; or (b) a "disabled person" as defined in subdivision 6 of section 211 of the Real Property Law. To establish this good cause in an eviction proceeding, the landlord must establish good faith to recover possession of a housing accommodation for the uses described herein by clear and convincing evidence (good cause for eviction under paragraph g of subdivision 1 of section 216 of the Real Property Law): _____;

Page 5 of 6

L.  The landlord is not renewing the lease because the landlord in good faith seeks to demolish the housing accommodation. To establish this good cause in an eviction proceeding, the landlord must establish good faith to demolish the housing accommodation by clear and convincing evidence (good cause for eviction under paragraph h of subdivision 1 of section 216 of the Real Property Law): _____;

M.  The landlord is not renewing the lease because the landlord seeks in good faith to withdraw the nit from the housing rental market. To establish this good cause in an eviction proceeding, the landlord must establish good faith to withdraw the unit from the rental housing market by clear and convincing evidence (good cause for eviction under paragraph i of subdivision 1 of section 6 of the Real Property Law): _____;

N.  The landlord is not renewing the lease because the tenant has failed to agree to reasonable changes at lease renewal, including reasonable increases in rent, and the landlord gave written notice of the changes to the lease to the tenant at least 30 days, but no more than 90 days, before the current lease expired. A rent increase is presumptively unreasonable if the increase from the prior rent is greater than the lower of: (a) 5 percent plus the annual percentage change in the consumer price index for all urban consumers for all items as published by the United States Bureau of Labor Statistics for the region in which the housing accommodation is located, as published by August 1st of each year by the Division of Housing and Community Renewal; or (b) 10 percent (good cause for eviction under paragraph j of subdivision 1 of section 216 of the Real Property Law):_____.

Reservation of rights: The word "tenant" as recited in this notice is solely for identification purposes, and not a statement of legal status. No admission or concession of an owner right or remedy may or should be construed from the text or sending of this notice.

Page 6 of 6

FILED: BRONX CIVIL COURT - L&T 12/02/2025 09:58 AM INDEX NO. LT-338714-25/BX
NYSCEF DOC. NO. 1                                                                    RECEIVED NYSCEF: 12/02/2025

Case 1:26-cv-0569?-PAE-VF Document 1 Filed 07/58/26 Page 26 of 48

STATE OF NEW YORK
COUNTY OF BRONX

**AFFIDAVIT OF CONSPICUOUS SERVICE**

**FOURTEEN (14) DAY NOTICE TO TENANT & GOOD
CAUSE EVICTION NOTICE**

**ARNOW & GRACE LLC**
Petitioner

-against-

**JANELLE STEIN**
**2891 GRACE AVENUE, APT. GROUND**
**BRONX , NY, 10469**
Respondent

**L&T INDEX NUMBER –**

**Lawfirm File #: JANELLE STEIN**
**Client: Zev Schwartz**

DILLONE J DESANE, BEING DULY SWORN DEPOSES AND SAYS AS FOLLOWS:

THAT I AM NOT A PARTY TO THE WITHIN ACTION; AM A LICENSED PROCESS SERVER OVER 18 YEARS
OF AGE AND RESIDE IN BRONX COUNTY, NEW YORK.

DEPONENT WAS UNABLE TO SERVE: **JANELLE STEIN** TENANTS(S) / OCCUPANT(S) BY PERSONAL
DELIVERY

AT **2891 GRACE AVENUE, APT. GROUND BRONX , NY, 10469**

ON **10/24/2025 AT 04:31 PM** DEPONENT SERVED THE ATTACHED **FOURTEEN (14) DAY NOTICE TO
TENANT & GOOD CAUSE EVICTION NOTICE**

[X] BY AFFIXING ONE TRUE COPY FOR EACH TENANT/OCCUPANT UPON A CONSPICUOUS PART, TO
WIT-THE ENTRANCE DOOR

DEPONENT WAS UNABLE TO FIND A PERSON OF SUITABLE AGE AND DISCRETION WILLING TO RECEIVE
AT THIS TIME OR DURING THE PRIOR ATTEMPT(S) MADE ON:
**10/22/2025 AT 09:35 PM**

SERVICE ON THE RESPONDENTS WAS COMPLETED ON **10/24/2025** WHEN DEPONENT CAUSED TRUE COPIES
OF THE WITHIN **FOURTEEN (14) DAY NOTICE TO TENANT & GOOD CAUSE EVICTION NOTICE** TO BE
FORWARDED TO THE RESPONDENT AT THE PREMISES, BY CERTIFIED MAIL AND BY FIRST CLASS MAIL,
BY GIVING THE SAME IN POSTPAID PROPERLY ADDRESSED ENVELOPES TO A POSTAL EMPLOYEE AT THE
UNITED STATES POST OFFICE IN THE STATE OF NEW YORK, FOR PROCESSING UNDER THE EXCLUSIVE
CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE.

SWORN TO BEFORE ME ON: **10/24/2025**

X _____
Dillon J Desane - Process Server License No: 2103774
**City Process Servers – Agency License No: 1470749**

NAOMI TAMAR ROSENBLATT
NOTARY PUBLIC State of New York
No.01RO6340662
Qualified in Nassau County
Commission Expires April 18, 2028

Edelman Schwartz PLLC
848 McDonald Ave, 2nd Floor

Brooklyn, NY 11218
Phone: (212) 7

### DETAILED CHARGE AND ARREARS HISTORY RIDER

```
================================================
ARNOW & GRACE LLC                          Form Date: Ye/

          - vs -

JANELLE STEIN

                                      File #:   30553
JOHN DOE                              Key #:    SONU  -2891-GROUND
JANE DOE                              Index #:          /
2891 GRACE AVENUE
Apt. GROUND
BRONX, NY 10469
================================================
```

| Date | Description | Amount |
|------|-------------|-------:|
| 12/25 | BASIC RENT | 1,400.00 |
| 11/25 | BASIC RENT | 1,400.00 |
| 10/25 | BASIC RENT | 1,400.00 |
| 09/25 | BASIC RENT | 1,400.00 |
| 08/25 | BASIC RENT | 1,400.00 |
| 07/25 | BASIC RENT | 1,400.00 |
| 06/25 | BASIC RENT | 1,400.00 |
| 05/25 | BASIC RENT | 1,400.00 |
| 04/25 | BASIC RENT | 1,400.00 |
| 03/25 | BASIC RENT | 1,400.00 |
| 02/25 | BASIC RENT | 1,400.00 |
| 01/25 | BASIC RENT | 1,400.00 |
| 12/24 | BASIC RENT | 1,400.00 |
| 11/24 | BASIC RENT | 1,400.00 |
| 10/24 | BASIC RENT | 1,400.00 |
| 09/24 | BASIC RENT | 1,400.00 |
| 08/24 | BASIC RENT | 1,400.00 |
| 07/24 | BASIC RENT | 1,400.00 |
| 06/24 | BASIC RENT | 1,400.00 |
| 05/24 | BASIC RENT | 1,400.00 |
| 04/24 | BASIC RENT | 1,400.00 |
| 03/24 | BASIC RENT | 1,400.00 |
| 02/24 | BASIC RENT | 1,400.00 |
| 01/24 | BASIC RENT | 1,400.00 |
| 12/23 | BASIC RENT | 525.00 |

**Miscellaneous Charges**

*** Continued...

```
---------------------------------------------------------------------
          Total:    34,125.00
                     11 of 12
```

**NOTICE TO RESPONDENT TENANT**

**DURING THE CORONAVIRUS EMERGENCY, YOU MIGHT BE ENTITLED BY LAW TO SPECIAL DEFENSES AND PROTECTIONS RELATING TO EVICTIONS.**

**PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY FOR MORE INFORMATION.**

**IF YOU DON'T HAVE AN ATTORNEY, PLEASE CALL**

**718-557-1379**

**OR VISIT        www.nycourts.gov/evictions/nyc/**

**AVISO A INQUILINO DEMANDADO**

**DURANTE LA EMERGENCIA POR CORONA VIRUS, PUEDA QUE POR LEY USTED TENGA DERECHO A DEFENSAS Y PROTECCIONES ESPECIALES RELACIONADAS CON  DESALOJOS.**

**POR FAVOR COMUNIQUESE CON SU  ABOGADO INMEDIATAMENTE PARA OBTENER MAS INFORMACION.**

**SI NO TIENE ABOGADO, LLAME AL**

**718-557-1379**

**O VISITE        www.nycourts.gov/evictions/nyc/**

12 of 12

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF BRONX  HOUSING PART

ARNOW & GRACE LLC

against         *Petitioner (Landlord),*     Index No. L/T

JANELLE STEIN

*Respondent (Tenant)*

Address:

2891 GRACE AVENUE
APT. GROUND
BRONX , NY 10469
JOHN DOE
JANE DOE          *Respondents (Undertenants)*
Address:

2891 GRACE AVENUE
APT. GROUND
BRONX , NY 10469
*First Name of Tenant and/or Undertenant being fictitious and unknown to petitioner.*
*Person intended being in possession of the premises herein described.*

## NOTICE OF ELECTRONIC FILING
### (Consensual Case)
(Uniform Rule § 208.4-a)

**You have received this Notice because:**

> o    The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York Courts e-filing system, and

> o    You are a defendant/Respondent (a party) in this case.

**If you are represented by an attorney:**   give this Notice to your attorney (Attorneys: see "Information for Attorneys" pg 2).

**If you are not represented by an attorney:   you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

### Benefits of E-Filing

You can:

- o    serve and file your documents electronically
- o    view your case file on-line
- o    limit the number of trips to the courthouse
- o    pay any court fees on-line

There are no additional fees to file, view, or print you case records.

To sign up for e-filing or for more information about how e-filing works, you may:

o    visit www.nycourts.gov/efile-unrepresented or

o    go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

          EFCIV-3

SONU -2891-GROUND    FILE NO: 30553

## Information for Attorneys

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile.

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact NYSCEF Resource Center (phone: 646 386-3033; email: efile@nycourts.gov).

848 McDonald Ave, 2nd Floor

Dated: December 2, 2025

Name                Zev Schwartz
Firm Name           Edelman Schwartz PLLC
Address:            848 McDonald Ave, 2nd Floor
                    Brooklyn, NY 11218
Phone               (212) 710-0264
Email

TO: JANELLE STEIN
    JOHN DOE
    JANE DOE
    2891 GRACE AVENUE
    APT. GROUND
    BRONX , NY 10469                                7/19/19

Index #                    Page 2 of 2                    EFCIV-3

SONU -2891-GROUND    FILE NO: 30553

*EXHIBIT B*

  

## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
# NAME DECLARATION, CORRECTION
# PROCLAMATION AND PUBLICATION

I, Janelle Alexandria Aeiress Royalti El, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, JANELLE ALEXANDRIA STEIN, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: Janelle Alexandria Aeiress Royalti El, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
(Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
Moorish American Credentials: AA 222141- **TRUTH A-1**

3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I,** Janelle Alexandria Aeiress Royalti El, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.



I Am: *Janelle Alexandria Aeiress Royalti El*
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: *Jullenne Byar Cale El*
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _____
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

LN/NCT No. 0001H

# Exhibit C

Affidavit of Fact

# Writ in the"Nature of Discovery"

Bronx County Civil Court, Inc.
**Re:** Ticket Suit/ Summons # LT-338714-25/BX

**v.**

Janelle Alexandria Aeiress Royalti El
Natural Person, In Propria Persona

All government entities, private corporations and Tribunals must be a creature of the American National Constitution for the United States of America, ratified in 1791. As such, this Writ in the Nature of Discovery is submitted as Exhibit C to be answered by the Bronx County Civil Court, Inc. in accord with Due Process and with reasonable expectation of response to the following:

1. Enter for the Record and let the record reflect the up-to-date Oaths taken to the American National Constitution for the United States of America by the officers, principles, agents and assigns of the Bronx County Civil Court.

2. Enter for the record and let the record reflect the physical documented "Delegation of Authority" for Bronx County Civil Court, as required by Law, per Article III and Article VI of the American National Constitution for the United States of America.

**In Conclusion:** If Bronx County Civil Court has no Delegation of Authority pursuant to the United States Constitution, Article 3 and Article VI, then they have no judicial authority. If Bronx County Civil Court is an inferior court of special, limited, or statutory jurisdiction, the record must show the existence and attaching of jurisdiction **in any given case,** in order to give presumptive validity to its judgment. If Bronx County Civil Court is "Ministerial" they are incompetent to receive grants of judicial power from the legislature, and their acts in attempting to exercise such powers are necessarily nullities." **See: Burns v Sup Ct. SF, 140 Cal 1.**

1

**Therefore,** let the record reflect that the underlying intent of this "Writ in the Nature of Discovery" is imbued in Constitutional obligations; as it relates to Matters of Jurisdiction, so as not to Deprive Rights or Conspire against Rights of any citizens, or of the people. If the Bronx County Civil Court has no judicial authority in accord with the United States Constitution Article III and Article VI, they are in Violation of USC Title 18 Chapter 241 and 242.

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both."**18 U.S.C. §1621.**

If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 2111 US 149, 29S. CT 42.**

I, certify that all Statements made within this document "Writ of Discovery", were made with the best of my knowledge and recollection, no false statements are intended.

**Respectfully Submitted**
Day 30, JUNE 2026 ccy 1446 mcy

I am: _Janelle Alexandria Aeiress Royalti El_

**Janelle Alexandria Aeiress Royalti El,** All Rights Reserved, Natural Person, In Propria Persona
**c/o** 2891 Grace Avenue. Ground Floor, Mailbox 5, Bronx, New York Republic [10469]

2

*EXHIBIT D*

1

UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF NEW YORK

500 Pearl Street

New York, NY 10007 -1312


# Affidavit In Support of Substantive Article III Jurisdiction: Without Unconstitutional Statute of Limitations


Bronx County Civil Court, Inc. and Arnow & Grace LLC

**vs.**

Janelle Alexandria Aeiress Royalti El, *Ex Rel, Janelle Stein*

Natural Person, In Propria Persona


In reinforcing subject matter jurisdiction, I would like to make references to **28 U.S. Code § 1331 –** ("Original jurisdiction of all civil actions arising under the Constitution.."), as outlined, conjunctively states/reiterates **Article 3, Section 1** : The judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour...".

Based on these principles alone this court has subject matter jurisdiction, without doubt or contradiction. While the aforementioned laws are conjunctive and cohesive on their face, I would also like to expound on the fact that not only does **Article 3, Section 1** of the constitution

outline original jurisdiction, the very fact that same **Article 3** is within the framework of the constitution thereby makes this federal question jurisdiction, and also meets the mark of the "under the constitution clause of 1331".

My claim raises the question of concerns of deprivation of rights including but not limited to **Bill of Right 4 and Bill of Right 5**, to unlawfully and conjunctively cease my property without due process. I outlined issues stemming from the violations of **Bill of Right 4 and Bill of Right 5** which led to the filing of **Title 18 USC 241 & 242**. These merits and principles along with the above mentioned merits and principles being as though they all are a violation or deprivation of constitutionally secured and protected rights additionally make them in their own standing each a federal question.

As to 1446 (b) and it's seeming time constraints along with the federal question remedy, this statute leaves one to question; if a constitutional issue (federal question) arises more than 30 days after the statutory limitation, is one automatically with prejudice deemed to be deprived of the constitutional rights and protections that create a federal question to exercise said remedy?

Additionally, if an inferior (State) court are not conditioned or authorized to adjudicate, or interpret federal question, how does one raise a federal question that arises after the statutory 30 days?

As to the aforementioned outlined discrepancies with 1446 (b), it would leave me to question the constitutionality of that statute which ironically is the basis of this removal from state court jurisdiction.

Additionally in 28 USC 1447 (d), this code leaves room for additional appeal or review beyond the 30 days, as outlined in 1443 (2) color of law, as expressed in my cause of action , the color of law consistently and egregiously persists by the unclean hands of the parties named herein as opposition.

As indicated, in the basis of this matter **28 USC Title 241** "If two or more persons conspire to injure, oppress, threaten, or intimidate… or hinder his free exercise or enjoyment of any right or privilege so secured." **(Color of Law)** & **242** "Whoever, under color of any law…" **(Color of Law).**

3

Please be advised that judges are obligated by sworn oath or affirmation to uphold and defend the constitution, and the rights of the people at any time. *"The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour – **Article 3, section 1**".*

Should the custodian of record for this case have issue with defending and upholding those constitutional principles to the fullest extent of their abilities and capabilities, they should immediately recuse themselves to make way for a custodian of record who can and will execute said tasks without delay, and without doubt or contradiction.

*Lack of federal Jurisdiction cannot be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969)***

*"Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I,R., 323 US 310,313***

*"Where Rights secured by the Constitution are involved, there can be no rule- making or legislation which would abrogate them." **Miranda v. Arizona 384 US 436, 125***

*The Constitution of these United States is the Supreme Law of the Land. Any law repugnant to the Constitution, is null and void of law." -- **Marbury v. Madison 5 US 137***

*"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." **Norton v. Shelby County, 118 U.S. 425***

I certify the contents of this Affidavit is true to the best of my knowledge. Any incorrect information is not intended.

June 29, 2026

I am,

Janelle Alexandria Aeiress Royalti El, Ex Rel, Janelle Stein
Natural Person, In Propria Persona, **All Rights Reserved**

*EXHIBIT E*

Re: Rent Payment, Repairs, and Lease – 2891 Grace Avenue, Ground Floor.

From:  janelle stein (janelleastein@yahoo.com)

To:  ppm.tenants@gmail.com

Cc:  rentals@eastshorellc.com; pomppropertymngmt@gmail.com

Date:  Tuesday, October 28, 2025 at 04:16 PM EDT

Dear Pomp Property Management Team:

I am writing regarding your recent transfer of property management and the associated rent collection, including the 14-day notice issued by Edelman Schwartz PLLC.  I want to clarify my position and outline the issues that have prevented rent payments over the past seven months.

## No Direct Lease or Landlord-Tenant Agreement

Unfortunately, to date, I have not received a signed lease or formal rental agreement directly with your company. The only payment instructions provided were via email on April 2nd.  No formal communication, rent inquiry, or demand was issued by your office until the third-party 14-day notice that I just received on October 24th.

I would like to clarify that, pending execution of a valid lease or rental agreement, there remains some uncertainty regarding my tenancy and rent obligations under your management.

## Ongoing Repairs and Habitability Issues

The apartment has numerous unresolved repair issues, including:

- Sewage flooding and water damage;
- Delayed or absent maintenance responses over the last three years;
- Out-of-pocket expenses I have incurred for emergency repairs.

Under New York Real Property Law §235-b, these conditions constitute a breach of the Warranty of Habitability and entitle me to a rent abatement. I am willing and happy to pay rent going forward once these issues are resolved and habitability is restored.

## Disputed Allegation of Rent Arrears

I dispute any alleged rent arrears reflected in any ledger, statement, or accounting provided by the previous management company. To date, I have not received verifiable documentation of prior payments, charges, or adjustments, and therefore the accuracy of any such ledger is highly questionable and contested. I request that any claimed arrears be fully documented and reconciled with proper evidence, including receipts, ledgers, and payment history. Until such verification is provided, any prior balance is deemed invalid or enforceable. **This dispute does not affect my willingness to pay future rent.**

Once a formal lease is presented, habitability issues are addressed, and proper accounting and a formal rent payment system is provided, or I at least know who to pay in a formal manner via a lease, **I will gladly submit November's rent.**

**Third-Party Collection Dispute**

I have formally disputed the 14-day notice sent by Edelman Schwartz, and demanded validation of any alleged debt. As of today, no documentation has been provided to establish that your office authorized them to act on your behalf, or that the claimed arrears are accurate.

Any collection activity from a third party without proper authorization is unlawful and does not create a valid obligation for me to pay them.

**Willingness to Pay Future Rent**

I remain committed to paying rent once:

- A formal lease or rental agreement is executed with your company, or something in writing that states the landlord/tenant relationship between myself, and/or the building owner and/or management company.

- Outstanding habitability and repair issues are properly addressed.

## 5. Reservation of Rights

This letter does not constitute an admission of liability or waiver of any legal rights. I expressly reserve all defenses under applicable New York law, including:

- Lack of privity or landlord-tenant relationship;
- Breach of the Warranty of Habitability (RPL §235-b);
- Retaliatory eviction protections (RPL §223-b);
- Disputes regarding third-party collection authority.

Please acknowledge receipt of this letter and advise on the process for:

- Executing a formal lease or rental agreement under your management, and

- Scheduling repairs to bring the apartment into habitable condition.

Thank you for your time! I look forward to hearing from you!

Sincerely,

Janelle

c/o 2891 Grace Avenue

Ground Floor, Mailbox 5

Bronx, New York [10469]

Virus-free.www.avast.com

*EXHIBIT E2*

Re: Follow Up, Correspondance #2: Rent Payment, Repairs, and Lease – 2891 Grace Avenue, Ground Floor

From: janelle stein (janelleastein@yahoo.com)

To: ppm.tenants@gmail.com; rentals@eastshorellc.com; pomppropertymngmt@gmail.com

Date: Thursday, October 30, 2025 at 03:53 PM EDT

Dear Sonu Batra and Pomp Property Management Team,

I am writing to formally follow up on our recent communications regarding my tenancy at 2891 Grace Avenue, Ground Floor. As of today, I have not received a formal lease or written confirmation outlining the current rent balance and payment details.

I recently received a 14-day notice, as your first formal communication since your company took over the property. I want to ensure that all matters are clearly understood and properly documented so that we can move forward cordially and have transparency.

For the record, any balance that predates your company's management is inaccurate and stems from unresolved issues with the previous management company, who had an employee that failed to properly account for rent payments. Those funds were never correctly recorded. The prior company sold the property before resolving that matter, and I should not be held responsible for that previous, fraudulent discrepancy.

To clarify, I acknowledge that I am responsible for paying rent pertaining to the period after your company assumed ownership. I am committed to paying any rent due along with the rent moving forward, and would like to formalize this agreement through a written lease and payment acknowledgment.

In addition, there are several outstanding maintenance issues in my apartment that have not been addressed. One of the main issues is that my stove is not working. I reported this several days ago and was told it may take several weeks to replace. I have had to pay for plumbing expenses and other repairs out of pocket due to delayed response.

I have made multiple attempts to resolve these matters amicably. On October 28th, I sent a written letter and email explaining my concerns and requesting clarification.

I followed up by phone on October 29 and October 30. When I spoke with Sonu, the landlord today, we discussed the rent balance, and I expressed the need for a formal lease. During that call, he mentioned that I must pay a lump sum of rent to receive a lease. I appreciate that conversation, though the situation still feels unresolved at this time.

To move forward smoothly, I respectfully request the following:

- A written statement on company letterhead confirming the current rent balance and identifying the specific months this covers.

- A formal written lease

- A timeline for repair or replacement of the stove and attention to the other outstanding maintenance issues in the apartment.

I cannot be held responsible for any alleged arrears connected to the prior management company's internal errors or fraudulent activity. However, I understand that rent properly owed to the current owner must be paid.

Additionally, under the New York City Housing Laws, landlords are required to maintain habitable conditions and may not withhold a lease or delay essential repairs including a functional stove, as leverage for payment. I appreciate your attention to these issues and look forward to working together & moving forward on good terms.

I am making every effort to settle these matters respectfully, collaboratively and transparently so that we can all proceed in good faith.

Thank you for your time! I look forward to hearing from you!

Sincerely,

Janelle
646-355-5191

On Tuesday, October 28, 2025 at 04:16:24 PM EDT, janelle stein <janelleastein@yahoo.com> wrote:

Dear Pomp Property Management Team:

I am writing regarding your recent transfer of property management and the associated rent collection, including the 14-day notice issued by Edelman Schwartz PLLC. I want to clarify my position and outline the issues that have prevented rent payments over the past seven months.

**No Direct Lease or Landlord-Tenant Agreement**

Unfortunately, to date, I have not received a signed lease or formal rental agreement directly with your company. The only payment instructions provided were via email on April 2nd. No formal communication, rent inquiry, or demand was issued by your office until the third-party 14-day notice that I just received on October 24th.

I would like to clarify that, pending execution of a valid lease or rental agreement, there remains some uncertainty regarding my tenancy and rent obligations under your management.

**Ongoing Repairs and Habitability Issues**

The apartment has numerous unresolved repair issues, including:

- Sewage flooding and water damage;
- Delayed or absent maintenance responses over the last three years;
- Out-of-pocket expenses I have incurred for emergency repairs.

Under New York Real Property Law §235-b, these conditions constitute a breach of the Warranty of Habitability and entitle me to a rent abatement. I am willing and happy to pay rent going forward once these issues are resolved and habitability is restored.

**Disputed Allegation of Rent Arrears**

I dispute any alleged rent arrears reflected in any ledger, statement, or accounting provided by the previous management company. To date, I have not received verifiable documentation of prior payments, charges, or adjustments, and therefore the accuracy of any such ledger is highly questionable and contested. I request that any claimed arrears be fully documented and reconciled with proper

evidence, including receipts, ledgers, and payment history. Until such verification is provided, any prior balance is deemed invalid or enforceable. **This dispute does not affect my willingness to pay future rent**.

Once a formal lease is presented, habitability issues are addressed, and proper accounting and a formal rent payment system is provided, or I at least know who to pay in a formal manner via a lease, **I will gladly submit November's rent**.

### Third-Party Collection Dispute

I have formally disputed the 14-day notice sent by Edelman Schwartz, and demanded validation of any alleged debt. As of today, no documentation has been provided to establish that your office authorized them to act on your behalf, or that the claimed arrears are accurate.
Any collection activity from a third party without proper authorization is unlawful and does not create a valid obligation for me to pay them.

### Willingness to Pay Future Rent

I remain committed to paying rent once:

- A formal lease or rental agreement is executed with your company, or something in writing that states the landlord/tenant relationship between myself, and/or the building owner and/or management company.

- Outstanding habitability and repair issues are properly addressed.

### 5. Reservation of Rights

This letter does not constitute an admission of liability or waiver of any legal rights. I expressly reserve all defenses under applicable New York law, including:

- Lack of privity or landlord-tenant relationship;
- Breach of the Warranty of Habitability (RPL §235-b);
- Retaliatory eviction protections (RPL §223-b);
- Disputes regarding third-party collection authority.

Please acknowledge receipt of this letter and advise on the process for:

- Executing a formal lease or rental agreement under your management, and

- Scheduling repairs to bring the apartment into habitable condition.

Thank you for your time! I look forward to hearing from you!

Sincerely,

Janeiie

c/o 2891 Grace Avenue

Ground Floor, Mailbox 5

EXHIBIT E3

Fw: Follow Up, Correspondance #3: Rent Payment, Repairs, and Lease – 2891 Grace Avenue, Ground Floor

From:  janelle stein (janelleastein@yahoo.com)

To:      rentals@eastshorellc.com; ppm.tenants@gmail.com; pomppropertymngmt@gmail.com

Date:  Tuesday, November 4, 2025 at 10:48 PM EST

Dear Karina, Sonu Batra and Pomp Property Management Team,

I hope all is well!

I am following up on my letter request itemizing the balance that we discussed last week.

When can I expect this letter?


Sincerely,

Janelle
646-355-5191



----- Forwarded Message -----
**From:** janelle stein <janelleastein@yahoo.com>
**To:** PPM Tenants <ppm.tenants@gmail.com>; Karina Vicura <rentals@eastshorellc.com>; Pomp Property Management <pomppropertymngmt@gmail.com>
**Sent:** Thursday, October 30, 2025 at 03:55:51 PM EDT
**Subject:** Re: Follow Up, Correspondance #2: Rent Payment, Repairs, and Lease – 2891 Grace Avenue, Ground Floor

Dear Sonu Batra and Pomp Property Management Team,

I am writing to formally follow up on our recent communications regarding my tenancy at 2891 Grace Avenue, Ground Floor. As of today, I have not received a formal lease or written confirmation outlining the current rent balance and payment details.

I recently received a 14-day notice, as your first formal communication since your company took over the property. I want to ensure that all matters are clearly understood and properly documented so that we can move forward cordially and have transparency.

For the record, any balance that predates your company's management is inaccurate and stems from unresolved issues with the previous management company, who had an employee that failed to properly account for rent payments. Those funds were never correctly recorded. The prior company sold the property before resolving that matter, and I should not be held responsible for that previous, fraudulent discrepancy.

To clarify, I acknowledge that I am responsible for paying rent pertaining to the period after your company assumed ownership. I am committed to paying any rent due along with the rent moving forward, and would like to formalize this agreement through a written lease and payment acknowledgment.

In addition, there are several outstanding maintenance issues in my apartment that have not been addressed. One of the main issues is that my stove is not working. I reported this several days ago and was told it may take several weeks to replace. I have had to pay for plumbing expenses and other repairs out of pocket due to delayed response.

Case 1:26-cv-05647-PAE-VF Document 1 Filed 07/01/26 Page 43 of 48

Exhibit F

**USPS TRACKING #**

MID-ISLAND NY 117

9590 9402 8929 4064 6230 90

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

JANELLE
c/o 2891 GRACE AVENUE
GROUND FLOOR, MAILBOX 5
BRONX, N.Y. 10469

Case 1:26-cv-05647-PAE-VF    Document 1    Filed 07/01/26    Page 44 of 48

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

POMP PROPERTY MANAGEMENT
338 JERICHO TURNPIKE
SYOSSET, N.Y. 11791



9590 9402 8929 4064 6230 90

2. Article Number (Transfer from service label)

9589 0710 5270 1852 8935 57

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                   10/21/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ _____ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EXHIBIT 2

EXHIBIT G

Voice Recordings of Rent Ledger Requests Between

Janelle Alexandria Aeiress Royalti El  & Hasaan Faour Regarding

2891 Grace Avenue, Bronx New York Republic [10469]

Recent Ledger Request #1 - March 5th, 2026

https://audiototext.com/shared/3d4d2fa4-d1f2-44eb-88c7-4ba40fa0349e

Recent Ledger Request #2 - March 6th, 2026

https://audiototext.com/shared/c86a6ec7-3607-415a-8f1e-e6370edfc5cb

*EXHIBIT H*

# 2891 Grace Avenue, Bronx, 10469

Generated on 04/07/2026



## Building Overview

## Building Details

ALSO KNOWN AS
No other PHN's retrieved for this building.

| STATUS | REG# | RANGE | BIN | BLOCK | LOT | CENSUS TRACT |
|---|---|---|---|---|---|---|
| Active | 710627 | 2891-2891 | 2114005 | 4799 | 102 | 46208 |

| STORIES | A UNITS | B UNITS | CD | CLASS | OWNERSHIP | BUILDING ID |
|---|---|---|---|---|---|---|
| 3 | 2 | 0 | 12 | 8 | PVT | 946810 |

## Building Statistics

| COMPLAINTS | VIOLATIONS | BUILDING CHARGES/FEES | LITIGATION |
|---|---|---|---|
| 20 | 42 (A: 8, B: 30, C: 4, I: 0) | 14 | 1 |
| HISTORICALLY RENT REGULATED | ACTIVE LEAD EXEMPTIONS | BED BUGS REPORT FILED | HISTORICAL IMAGE CARDS |
| No | No | Yes | No |
| FIREPROOF | ACTIVE VACATE ORDER | TENANT HARASSMENT FINDINGS | CERTIFICATION OF NO HARASSMENT PILOT PROGRAM |
| No | No | No | No |
| ALTERNATE ENFORCEMENT PROGRAM (AEP) | UNDERLYING CONDITIONS PROGRAM (UC) | HEAT SENSOR PROGRAM | CERTIFICATION WATCHLIST |
| No | No | No | No |

## Property Owner Registration Information

Last Registration Date - 12/03/2025     Registration Expiration Date - 09/01/2026

| OWNER | ORGANIZATION | NAME | ADDRESS |
|---|---|---|---|
| Head Officer | - | Rajan Batra | 338 Jericho Turnpike  386, Syosset, 11791 |
| Corporation | Arnow and Grace LLC | - | 338 Jericho Turnpike 386, Syosset, 11791 |
| Managing Agent | - | Hassan Faour | 2891 Grace Ave null, Bronx, 10469 |

EXHIBIT I



EXHIBIT I2

