UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CIVIL COURT OF THE CITY OF NEW YORK, INC., et al.,

Plaintiffs,

-against-

JANELLE ALEXANDRIA AEIRESS ROYALTI EL,

Defendant.

---------------------------------------------------------------X

26-CV-05647 (PAE) (VF)

**ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendant, proceeding pro se, has removed this action from the Civil Court of the City of New York, County of Bronx. See ECF No. 1. To proceed with a civil action in this Court, whether filing a complaint or removing an action from state court, a party must either pay $402.00 in fees—a $350.00 filing fee plus a $52.00 administrative fee—or, request authorization to proceed without prepayment of fees, by submitting a signed in forma pauperis ("IFP") application. See 28 U.S.C. §§ 1914, 1915.

Defendant submitted an IFP application, but her responses do not establish that she is unable to pay the filing fees. Defendant has only responded "N/A" to each question on the IFP application. See ECF No. 3. To obtain IFP status, Defendant is required to provide responses to the questions on the application, such as whether she is employed, if she receives income, or if she has savings, assets, or debts. Without such information, the Court is unable to conclude whether it is appropriate to allow Defendant to proceed IFP.

Accordingly, by **August 14, 2026**, Defendant must either pay the $402.00 in filing fees or submit an amended IFP application. The current IFP application form is attached to this order. If

Defendant submits an amended IFP application, it should be labeled with docket number 26-CV-5647 (PAE) (VF) and address the deficiencies indicated above by providing facts to establish that Defendant is unable to pay the filing fees. If the Court grants the amended IFP application, Defendant will be permitted to proceed without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1).

Because Defendant removed the case to federal court, she is responsible for payment of the filing fee if IFP status is not granted. See 28 U.S.C. § 1914. If Defendant fails to either pay the filing fee or obtain IFP status, Defendant is hereby warned that the case will be remanded back to state court.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Defendant.

**SO ORDERED.**

DATED: New York, New York
July 14, 2026

VALERIE FIGUEREDO
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_______________________________________

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_______________________________________

_______________________________________

(full name(s) of the defendant(s)/respondent(s))

_______ CV _______________ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☐ Yes ☐ No (If "No," go to Question 2.)
   I am being held at: _______________________________________

   Do you receive any payment from this institution? ☐ Yes ☐ No

   Monthly amount: ____________________

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☐ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: ____________________

   If "no," what was your last date of employment? ____________________

   Gross monthly wages at the time: ____________________

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☐ No
   (b) Rent payments, interest, or dividends ☐ Yes ☐ No

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Dated | Signature

Name (Last, First, MI) | Prison Identification # (if incarcerated)

Address | City | State | Zip Code

Telephone Number | E-mail Address (if available)