UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX, INC. *et al.*,

Plaintiffs,

-v-

JANELLE ALEXANDRIA AEIRESS ROYALTI EL,

Defendant.

26 Civ. 5647 (PAE) (VF)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

On July 1, 2026, defendant Janelle Alexandria Aeiress Royalti El, proceeding *pro se*, removed the above-captioned case from state court. Dkt. 1. That same day, defendant filed an application to proceed *in forma pauperis* ("IFP application"). Dkt. 3. On July 2, 2026, the Court referred the case to the Honorable Valerie Figueredo for general pretrial proceedings. Dkt. 6.

On July 14, 2026, Judge Figueredo found that the responses in defendant's IFP application "do not establish that she is unable to pay the filing fees," as defendant "has only responded 'N/A' to each question on the IFP application." Dkt. 7 at 1; *see also* Dkt. 3. Judge Figueredo thus ordered that defendant, "by August 14, 2026, . . . either pay the $402.00 in filing fees or submit an amended IFP application." Dkt. 7 at 1. The order stated that "[i]f Defendant fails to either pay the filing fee or obtain IFP status, Defendant is hereby warned that the case will be remanded back to state court." *Id.* at 2.

By September 17, 2026, defendant still had not paid the filing fees or amended her IFP application. Dkt. 8 at 1. Judge Figueredo thus issued another order directing defendant to, "by September 30, 2026, . . . either pay the $402.00 in filing fees or submit an amended IFP application." Dkt. 8. The order again stated—this time in bold, underline, and all capital

letters—that "**IF DEFENDANT FAILS TO EITHER PAY THE FILING FEE OR OBTAIN IFP STATUS, DEFENDANT IS AGAIN WARNED THAT THE CASE WILL BE REMANDED BACK TO STATE COURT.**" Dkt. 8 at 2.

To date, defendant still has not paid the filing fees or amended her IFP application. Congress has required parties instituting a civil action in federal court, "whether by original process, removal or otherwise," to pay a filing fee unless authorized to proceed without prepayment. 28 U.S.C. §§ 1914(a), 1915(a)(1). Given defendant's repeated failure to comply with Judge Figueredo's orders, despite express warnings of remand, it is hereby ORDERED that this case be remanded to state court.

The Clerk of Court is respectfully directed to mail a certified copy of this remand order to state court, *see* 28 U.S.C. § 1447(c), and to the *pro se* defendant, and close this case.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 23, 2026
New York, New York